UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIESER DAVID MEJIA MORAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER; TAE D. JOHNSON, Acting Director, Immigration Customs and Enforcement; and FIELD OFFICE DIRECTOR, SAN FRANCISCO ICE FIELD OFFICE,<br><br>　　　　Respondents. | Case No.: 1:26-cv-01772 JLT HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS; ORDERING RESPONDENTS TO PROVIDE A BOND HEARING<br><br>(Docs. 1, 17) |

Elieser David Mejia Moran is an immigrant detainee in U.S. Immigration Customs and Enforcement custody at the California City Detention Center in California City, California, proceeding pro se on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1)

On May 11, 2026, the assigned magistrate judge issued Findings and Recommendations to grant the Petition. (Doc. 17.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within five days. (*Id.*) In addition, the Court "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 15, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) On May 14, 2026, Respondents timely filed objections, reiterating the "reasons set forth" in their

1

previous briefing. (Doc. 18.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 11, 2026 (Doc. 17) are **ADOPTED** in full;

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. Respondents are **ORDERED** to, within **14 days** of this Order, (1) provide Petitioner with a substantive bond hearing pursuant to 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and/or presents a flight risk if not detained, or (2) release Petitioner from custody under reasonable conditions of supervision.

4. At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

5. The Clerk of the Court is directed to terminate any pending motions/deadlines, enter judgment for Petitioner, and close this case.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

UNITED STATES DISTRICT JUDGE

2